**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM,

Plaintiff,

v.

IDEXX LABORATORIES, INC.,

Defendant,

v.

INVOTEXIP,
DEBORA STEWART, and
KRISTEN REILLY,

Movants.

Civil Action No. TDC-18-2513

**ORDER**

On August 16, 2018, InvotexIP, Debora Stewart, and Kristen Reilly ("the Movants") filed this Motion to Quash, asking the Court to quash subpoenas directed to them by IDEXX Laboratories, Inc. ("IDEXX") or, in the alternative, transfer consideration of their Motion to the issuing court in Texas. ECF No. 1. Before the Court ruled on the Motion, the Movants and IDEXX reached a compromise resolution of the issues raised in the Motion and requested to withdraw the Motion. ECF No. 3. In light of that request, the Court will deny the Motion as moot.

Article III of the Constitution limits the judicial power to "actual, ongoing cases or controversies." *Lewis v. Continental Bank Corp.*, 494 U.S. 472, 477 (1990) (citations omitted). A case becomes moot when the issues presented are "no longer 'live' or the parties lack a legally

cognizable interest in the outcome." *City of Erie v. Pap's A.M.*, 529 U.S. 277, 287 (2000) (quoting *Los Angeles County v. Davis*, 440 U.S. 625, 631 (1979)). In this case, the only live controversy was the Motion to Quash, now withdrawn and denied as moot. As such, the Court will dismiss the case as moot as well.

Accordingly, it is hereby ORDERED that:

1. The Motion to Quash, ECF No. 1, is DENIED AS MOOT.
2. The case is DISMISSED AS MOOT.
3. The Clerk shall CLOSE this case.

Date: September 19, 2018

THEODORE D. CHUANG
United States District Judge